LORENZ REICH, Appellant, v. ALEXANDER S. COCHRAN et al., Individually and as Executors of and Trustees under the Will of WILLIAM F. COCHRAN, Deceased, Respondents.

*Appeal — motion to dismiss denied.*

Reported below, 196 App. Div. 248.

(Submitted November 20, 1922; decided November 28, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1921, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained. Appellant contended that a constitutional question was involved.

*Percy H. Stewart* for motion.

*Alton B. Parker, F. H. Card* and *George E. Morgan* opposed.

Motion denied, without costs and without prejudice to renew on argument of appeal.